# UNITED STATES DISTRICT COURT

District of _____

SUMMONS IN A CIVIL CASE

Emadeddin Muntasser  V.  Tom Ridge, Sec., Dept. of Homeland Security
                          Eduard Aguirre, Jr. Director CIS
                          Denis Riordin, District Director

CASE NUMBER:

04 1125 ... RWZ

TO: (Name and address of Defendant)

U.S. Department of Homeland Security
Washington, D.C. 20528

BCIS, U.S. Department of Homeland Security
425, I St., NW
Room 6100
Washington, D.C. 20536

District Counsel
Dept. of Homeland Security
JFK Federal Building
15 New Sudbury St., Room 425
Boston, MA 02203

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremiah Friedman, Kaplan, O'Sullivan & Friedman, LLP
10 Winthrop Square, 3rd Floor
Boston, MA 02110

(BBO# 548031)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                    DATE  6 8 04

(By) DEPUTY CLERK   Pat Russo

UNITED STATES POSTAL SERVICE

First-Class
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

KAPLAN O'SULLIVAN & FRIEDMAN, LLP
10 WINTHROP SQUARE, THIRD FLOOR
BOSTON, MA 02110

3?

◎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-14-04 |
| NAME OF SERVER (PRINT) AMY WEST | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via certified mail, return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/2004
           Date

Signature of Server: *Amy Ruth West*

Address of Server: LOF, 10 Winthrop Square, 3rd Floor, Boston, MA 02110

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Edward Aguirre, Jr. Director
CIS — DHS
425 I St., NW
Room 6100
Washington, D.C. 20536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   JUN 21 2004
   MAILROOM

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

7003 2260 0003 6565 9196

102595-02-M-1540