# UNITED STATES DISTRICT COURT

District of _____

## SUMMONS IN A CIVIL CASE

Emadeddin Muntasser    V.    Tom Ridge, Sec., Dept. of Homeland Security
Eduard Aguirre, Jr. Director CIS
Denis Riordin, District Director

SCANNED

DATE: 08/03/04

BY: SKY

CASE NUMBER:

**04 112 RWZ**

TO: (Name and address of Defendant)

U.S. Department of Homeland Security
Washington, D.C. 20528

BCIS, U.S. Department of Homeland Security
425, I St., NW
Room 6100
Washington, D.C.  20536

District Counsel
Dept. of Homeland Security
JFK Federal Building
15 New Sudbury St., Room 425
Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremiah Friedman, Kaplan, O'Sullivan & Friedman, LLP
10 Winthrop Square, 3rd Floor
Boston, MA  02110

(BBO# 548031)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

Pat Russo
(By) DEPUTY CLERK

DATE    6 8 c 9

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-14-04 |
| NAME OF SERVER *(PRINT)*  AMY WEST | TITLE  Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Sent via certified mail, return receipt requested_ _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/14/2004___     _Amy Ruth West_
                   Date              Signature of Server

KOF, 10 Winthrop Square, 3rd Floor, Boston, MA 02110
Address of Server

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward Aguirre, Jr. Director
CIS — DHS
425 I St. NW
Room 6100
Washington, D.C. 20536

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   DOJ-

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   JUN 21 2004

   MAILROOM

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2003 2260 0003 6565 9196

102595-02-M-1540