# UNITED STATES DISTRICT COURT

District of _____

SUMMONS IN A CIVIL CASE

Emadeddin Muntasser    V.  Tom Ridge, Sec., Dept. of Homeland Security
                            Eduard Aguirre, Jr. Director CIS
                            Denis Riordin, District Director

CASE NUMBER:

**04cv11259 RWZ**

TO: (Name and address of Defendant)

U.S. Department of Homeland Security
Washington, D.C. 20528

BCIS, U.S. Department of Homeland Security
425, I St., NW
Room 6100
Washington, D.C. 20536

District Counsel
Dept. of Homeland Security
JFK Federal Building
15 New Sudbury St., Room 425
Boston, MA 02203

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremiah Friedman, Kaplan, O'Sullivan & Friedman, LLP
10 Winthrop Square, 3rd Floor
Boston, MA 02110

(BBO# 548031)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  6-5-04

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-14-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Amy West | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent via certified mail, Return Receipt Requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/02/2004                 /s/ Amy West
             Date                      Signature of Server

LOF 10 Winthrop Sq, 3rd Floor, Boston, MA 02110
             Address of Server

Have sent twice via certified mail. The second certified mail number was: 7004 0750 0003 5330 4711. Will resend by electronic mail to track via internet through the US postal service

/s/ Amy West

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.