# UNITED STATES DISTRICT COURT

_____ District of _____

Emadeddin Muntasser V.   Tom Ridge, Sec. Dept. Homeland Security
Eduard Aguirre, Jr. Director CIS
Denis Riordin, District Director

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: (Name and address of Defendant)

**04cv11259 RWZ**

1) U.S. Department of Homeland Security
2) U.S. Citizenship & Immigration Services (Jr. Director and District Director)

1) Washington, D.C., 20528        2) Washington, D.C., 20536/Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeremiah Friedman, Kaplan, O'Sullivan & Friedman, LLP
10 Winthrop Square, 3rd Floor
Boston, MA 02110

(BBO# 548031)

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK      /s/ Pat Russo

DATE   6-8-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6·14·04 |
| NAME OF SERVER (PRINT) Amy West | TITLE Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _Sent via Certified Mail, Return Receipt Requested_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/14/2004
             Date

Signature of Server: _Amy Ruth West_

Address of Server: WGF, 10 Winthrop Sq, 3rd Floor, Boston, MA 02110

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Attorney's Office
   John J. Moakley, US Courthouse
   Suite 9200
   1 Courthouse Way
   Boston, MA 02110

2. Article Number (Transfer from service label)
   7003 2260 0003 6565 9219
   JF/AW MinTasser

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _signature_
B. Received by (Printed Name)
   ☐ Agent
   ☐ Addressee
C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

PS Form 3811, August 2001    Domestic Return Receipt