## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **EMADEDDIN MUNTASSER,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 04-CV-11259 RWZ** |
| | ) | |
| **THOMAS RIDGE, Secretary of** | ) | |
| **Department of Homeland Security, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## RESPONDENTS' MOTION TO REMAND PROCEEDINGS TO THE DEPARTMENT OF HOMELAND SECURITY

Respondents, Thomas Ridge, Secretary of the Department of Homeland Security, Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services, and Denis Riordin, District Director, United States Citizenship and Immigration Services, pursuant to 8 U.S.C. § 1447(b) (2000), respectfully move the Court to issue an Order remanding this matter to the United States Citizenship and Immigration Services ("CIS"), upon the grounds that CIS is currently exercising due diligence in adjudicating Mr. Muntasser's application for naturalization, and the Court should allow CIS to complete that process.

A Memorandum of Law in support of the instant motion, with the declaration of CIS Boston District Adjudications Officer Alton Saucier, attached

thereto, is being filed simultaneously with this motion and the contents thereof are

incorporated here by reference.  An Order of Remand is attached to this Motion for

the Court's Convenience.

                                              Respectfully submitted,


MICHAEL J. SULLIVAN                            MICHAEL P. LINDEMANN
United States Attorney                         Assistant Director



/s/ Anton P. Giedt                            /s/ Linda S. Wernery (By: APG)
ANTON P. GIEDT                                LINDA S. WERNERY
Assistant U.S. Attorney                       Senior Litigation Counsel
1 Courthouse Way                              Office of Immigration Litigation
John Joseph Moakley Courthouse                Civil Division, U.S. Dep't of Justice
Suite 9200                                    P.O. 878, Ben Franklin Station
Boston, MA 02210                              Washington, D.C.  20044
617-748-3309 (Voice)                          202-616-4865 (Voice)
617-748-3967 (Fax)
anton.giedt@usdoj.gov

Dated:  August 9, 2004                        Counsel for Respondents

## CERTIFICATE OF SERVICE

     I hereby certify that on August 9, 2004, one copy of Respondents' Motion to Remand
Proceedings to the Department of Homeland, with proposed Order and accompanying
Memorandum was served on Petitioner's counsel by first class mail addressed to:

                    Jeremiah Friedman
                    Kaplan, O'Sullivan & Friedman, LLP
                    10 Winthrop Square, 3rd Floor
                    Boston, MA 02110

                    /s/ Anton P. Giedt
                    ANTON P. GIEDT
                    Assistant U.S. Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

EMADEDDIN MUNTASSER,     )
         )
        Petitioner,     )
         )
        v.     )     **Civil No. 04-CV-11259 RWZ**
         )
THOMAS RIDGE, Secretary of     )
Department of Homeland Security, <u>et al.</u>, )
         )
        Respondents.     )

## <u>ORDER</u>

AND NOW, to wit, this _____ day of _____, 2004, upon

consideration of Respondents' Motion to Remand Proceedings to the Department

of Homeland Security, IT IS HEREBY ORDERED that said Motion is

GRANTED.


                        _____
                        UNITED STATES DISTRICT JUDGE


cc:  All counsel of record