IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN MUNTASSER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 04-CV-11259 RWZ |
| ) | |
| THOMAS RIDGE, Secretary of ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |

## DECLARATION OF ALTON D. SAUCIER

I, Alton D. Saucier, of the Boston office of the Department of Homeland Security, United States Citizenship and Immigration Services, declare as follows:

1. I am employed by the United States Citizenship and Immigration Services (USCIS), United States Department of Homeland Security, Boston District office as a District Adjudication Officer.

2. I have been a District Adjudications Officer for this agency and the legacy Immigration and Naturalization Service since March 1998.

3. In my career as a District Adjudications Officer, I have adjudicated over three thousand applications for naturalization.

4. I have reviewed the administrative file number A72 178 461 relating to Emadeddin Muntasser (Mr. Muntasser) and conducted his initial naturalization interview on November 6, 2003, and thus am familiar with the facts and circumstances of his case.

5. As part of the adjudication process, I have the authority to investigate all aspects of Mr. Muntasser's naturalization application prior to naturalization. Based on my review of Mr. Muntasser's administrative file, and in accordance with agency procedures regarding all naturalization applications, Mr. Muntasser's case is still being processed.

6. USCIS records indicate that Mr. Muntasser filed an application for naturalization on October 21, 2002.

7. In his application filed on October 21, 2002, Mr. Muntasser represented that he had never been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place.

8. Following the initial administrative processing of the application, Mr. Muntasser was scheduled for an interview on his naturalization application for November 6, 2003.

9. On November 5, 2003, one day prior to the scheduled interview, Mr. Muntasser through new counsel Jeremiah Friedman, submitted a notice of amendments to Mr. Muntasser's previously submitted naturalization application.

10. The amendments included the address of employment, additional travels outside the U.S., birth of a child, and a list of 11 organizations to which Mr. Muntasser has been a member, including CARE International and Alkifah Refugee Center.

11. I interviewed Mr. Muntasser on his naturalization application on November 6, 2003.

12. At the conclusion of the interview, Mr. Muntasser was advised that he had passed the tests of English and U.S. History and government, but that a decision could not yet be made on the application because of a need for additional background checks.

13. Mr. Muntasser's background investigation is still pending a FBI name check resolution. These checks are conducted against two separate databases. A <u>Main Index</u> search matches the applicant's name against the name of people who are, or have been, the subject of an investigation; a <u>Reference</u> search matches the applicant's name against names that appear in investigative reports, even though s/he may not be the subject of the investigation. In cases where there is a positive hit or match, clearance of the individual may take additional time pending the law enforcement agency's response and ultimate resolution. Prior to a final adjudication, USCIS requires a definitive response on a requested FBI name check.

14. Additionally, Mr. Muntasser's fingerprints check has expired since said fingerprints were originally processed. According to USCIS procedures, fingerprints must to be retaken, and submitted to the FBI prior to a grant of his application.

15. Since Mr. Muntasser's interview, USCIS has also been advised of new information that warrants further investigation with regard to Mr. Muntasser's

eligibility for naturalization including information obtained from the Department of Homeland Security personnel assigned to the Joint Terrorism Task Force (JTTF) in Boston, Massachusetts.

16. USCIS records indicate that Mr. Muntasser departed the United States on or about November 14, 2003. Subsequently on March 7, 2004, Mr. Muntasser returned to the United States, however, his inspection was deferred by the U.S. Customs and Border Protection Agency (CBP), an agency of the Department of Homeland Security. As part of said deferred inspection, an officer of the CBP took a sworn statement dated April 6, 2004 from Mr. Muntasser. Said statement contains additional information relating to Mr. Muntasser's application for naturalization, specifically with respect to his membership in CARE International.

17. USCIS has been advised, inter alia, that Mr. Muntasser is currently the subject of a pending federal criminal investigation regarding statements he made to the FBI in voluntary interviews with Joint Terrorism Task Force agents which are inconsistent with certain of the statements Mr. Muntasser has made to DHS. To the extent that investigation reveals that Mr. Muntasser has made false statements to the FBI JTTF, that fact would bear on his moral character and his eligibility to naturalize as a United States citizen.

18. Based upon the reasons outlined above, USCIS is continuing its background investigation of Mr. Muntasser and is, at this time, unable to proceed to final adjudication of his naturalization application.

Pursuant to 28 U.S.C. § 1746 (2000), I declare under penalty of perjury that the foregoing is true and correct.

August 9, 2004    _____
                  ALTON D. SAUCIER