IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN MUNTASSER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 04-CV-11259 RWZ |
| ) | |
| THOMAS RIDGE, Secretary of ) | |
| Department of Homeland Security, <u>et al.</u>, ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' MOTION FOR LEAVE TO FILE REPLY TO
PETITIONER'S MEMORANDUM IN OPPOSITION TO REMAND**

Respondents, Thomas Ridge, Secretary of the Department of Homeland Security, Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services, and Denis Riordin, District Director, United States Citizenship and Immigration Services, pursuant to 8 U.S.C. § 1447(b) (2000), respectfully move the Court for leave to file a Reply to Petitioner's Memorandum in Opposition to Remand.  On August 10, 2004, Respondents moved to remand this matter to the United States Citizenship and Immigration Services ("CIS"), upon the grounds that CIS is currently exercising due diligence in adjudicating Mr. Muntasser's application for naturalization, and the Court should allow CIS to complete that process. Petitioner filed an opposition to Respondents' motion. Respondents seek leave to file a Reply in order to address certain misconceptions

in Petitioner's Opposition, and submit that a Reply will assist this Court in providing added focus on the pertinent issues regarding its disposition of Respondents' Motion to Remand Proceedings to the Department of Homeland Security.

A proposed Reply is being filed simultaneously with this motion. An Order granting Respondents leave to file a reply is attached to this Motion for the Court's Convenience.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL P. LINDEMANN<br>Assistant Director |
| /s/ Anton P. Giedt<br>ANTON P. GIEDT<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley Courthouse<br>Suite 9200<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov | /s/ Linda S. Wernery (By: APG)<br>LINDA S. WERNERY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dep't of Justice<br>P.O. 878, Ben Franklin Station<br>Washington, D.C. 20044<br>202-616-4865 (Voice) |

## CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2004, one copy of Respondents' Motion for Leave to File Reply to Petitioner's Memorandum in Opposition to Remand, with proposed Order and accompanying Reply was served on Petitioner's counsel by first class mail addressed to:

> Jeremiah Friedman
> Kaplan, O'Sullivan & Friedman, LLP
> 10 Winthrop Square, 3rd Floor
> Boston, MA 02110

> /s/ Anton P. Giedt
> ANTON P. GIEDT
> Assistant U.S. Attorney

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMADEDDIN MUNTASSER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 04-CV-11259 RWZ |
| ) | |
| **THOMAS RIDGE, Secretary of** ) | |
| **Department of Homeland Security, et al.,** ) | |
| ) | |
| Respondents. ) | |

### ORDER

AND NOW, to wit, this _____ day of _____, 2004, upon consideration of Respondents' Motion for Leave to File Reply to Petitioner's Memorandum in Opposition to Remand, IT IS HEREBY ORDERED that said Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record