IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMADEDDIN MUNTASSER,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 04-CV-11259 RWZ |
| ) | |
| **THOMAS RIDGE,** Secretary of ) | |
| **Department of Homeland Security,** <u>et al.</u>, ) | |
| ) | |
| Respondents. ) | |

### RESPONDENTS' EMERGENCY MOTION
### FOR A LIMITED STAY OF PROCEEDINGS

Respondents, Thomas Ridge, Secretary of the Department of Homeland Security, Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services, and Denis Riordin, District Director, United States Citizenship and Immigration Services, hereby respectfully move this Court to stay temporarily Petitioner's January 6, 2005 naturalization hearing and any discovery pending resolution of a federal criminal investigation against Petitioner. A temporary stay is necessary to prevent disclosure of sensitive information regarding the pending federal criminal investigation against Mr. Muntasser, while, at the same time, ensuring that an ineligible alien is not admitted to the United States citizenry.

The grounds for this motion are set forth in a Memorandum of Law, and additional facts supporting this motion are set forth in the Declaration of Michael D. Ricciuti, which Respondents seek leave to file by an accompanying motion.[1]  If granted, Respondents would be pleased to provide the Court a status report, filed <u>ex parte</u> and under seal, detailing the progress and status of the criminal investigation within ninety days of the Court's Order.  A proposed Order is also enclosed.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL P. LINDEMANN<br>Assistant Director |
| <u>/s/ Mark Grady, AUSA for Anton Giedt</u><br>ANTON GIEDT<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley Courthouse<br>Suite 9200<br>Boston, MA 02210 | <u>/s/ Mark Grady for Linda Wernery</u><br>LINDA S. WERNERY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dep't of Justice<br>P.O. 878, Ben Franklin Station<br>Washington, D.C.  20044<br>(202) 616-4865 |
| Dated:  December 30, 2005 | Counsel for Respondents |

---

[1] In an accompanying motion, Respondent seek authorization of the Court to file the Declaration of Michael D. Ricciuti <u>ex parte</u> and under seal.