# KAPLAN, O'SULLIVAN & FRIEDMAN, LLP
### Attorneys At Law

Ten Winthrop Square • Third Floor, Boston, Massachusetts 02110
E-Mail: info@kof-law.com • www.kof-law.com

Harvey Kaplan  
Maureen O'Sullivan  
Jeremiah Friedman

Tel: (617) 482-4500  
Fax: (617) 451-6828  
Fax: (617) 451-6826

Linda Wernery  
Senior Litigation Counsel  
Office of Immigration Litigation  
US Department of Justice Civil Division  
1331 Pennsylvania Ave., Room 7025 S.  
Washington D.C., 20044

**Re: Muntasser v. Ridge**
   **1:04-CV-11259 RWZ**

Dear Ms. Wernery,

According to your memorandum to the court dated August 9, 2004 you stated that "....Muntasser is currently the subject of a pending criminal investigation regarding statements he made to the FBI in voluntary interviews with the Joint Terrorism Task Force ("JTTF") agents which are inconsistent with certain statements he has made to DHS" (Respondent's Motion to Remand at 4). Please provide me with all reports and statements including 302 reports by the FBI and/or the Joint Terrorism Task Force concerning Mr. Muntasser. Or any statements that he made to Immigration authorities.

In addition, please provide me with a list of all witnesses you intend on calling on January 6, 2005.

Thank you for your cooperation in this matter.

Sincerely,

Jeremiah Friedman

Cc: Anton Giedt