# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN MUNTASSER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>THOMAS RIDGE, Secretary of )<br>Department of Homeland Security, et al., )<br>)<br>Respondents. ) | Civil No. 04-CV-11259 RWZ |

## RESPONDENTS' MOTION FOR LEAVE TO FILE
## DECLARATION EX PARTE AND UNDER SEAL

Respondents hereby move the Court for leave to file the declaration of Michael D. Ricciuti ex parte and under seal. In support of this motion, Respondents state:

1. The United States Attorney's Office for the District of Massachusetts is currently conducting an investigation that substantially relates to this civil litigation, and the details of that investigation are crucial to Respondents' request to stay these civil proceedings.

2. Assistant United States Attorney Michael D. Ricciuti is the lead prosecutor in the criminal investigation of Mr. Muntasser.

3. Details and information contained in Mr. Ricciuti's declaration are

privileged, law enforcement information, and cannot be made public. Further, they are so sensitive that they cannot be provided to Petitioner or his counsel because doing so would jeopardize the integrity of Mr. Ricciuti's ongoing criminal investigation. The federal courts have recognized that in limited and appropriate circumstances the government may rely on ex parte submissions. See, e.g., National Council of Resistance of Iran v. Dep't of State, 251 F.3d 192 (D.C. Cir. 2001); Clifford v. United States, 136 F.3d 144, 149-51 (D.C. Cir. 1998); ACLU Foundation of Southern California v. Barr, 952 F.2d 457, 461 (D.C. Cir. 1991); United States v. Flemmi, 233 F. Supp. 2d 75, 78 (D. Mass. 2000). The courts have also consistently recognized the need to protect the integrity of ongoing criminal investigations. See, e.g., United States v. Flemmi, 233 F. Supp. at, 78; Javier H. v. Garcia-Bostello, 218 F.R.D. 72, 74-75 (W.D.N.Y. 2003); Benevolence Int'l Foundation, Inc. v. Ashcroft, 200 F. Supp. 2d 935, 939-41 (N.D. Ill. 2002).

    4.    Mr. Ricciuti's declaration is not attached to this motion. If the Court grants this motion, Counsel for Respondents will arrange to have a copy of Mr. Ricciuti's declaration delivered to chambers.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL P. LINDEMANN<br>Assistant Director |
| /s/ Mark Grady, AUSA for Anton Giedt<br>ANTON GIEDT<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley Courthouse<br>Suite 9200<br>Boston, MA 02210 | /s/ Mark Grady for Linda Wernery<br>LINDA S. WERNERY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dep't of Justice<br>P.O. 878, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-4865 |
| Dated: December 30, 2005 | Counsel for Respondents |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMADEDDIN MUNTASSER,**        )<br>                                                         )<br>           **Petitioner,**                      )<br>                                                         )<br>     v.                                                )<br>                                                         )<br>**THOMAS RIDGE, Secretary of**       )<br>**Department of Homeland Security, <u>et al.</u>,** )<br>                                                         )<br>           **Respondents.**                   ) | Civil No. 04-CV-11259 RWZ |

### <u>ORDER</u>

AND NOW, to wit, this _____ day of _____, 2004, upon consideration of Respondents' Emergency Motion for a Limited Stay of Proceedings and Respondents' Motion for Leave to File Declaration <u>Ex Parte</u> and Under Seal, IT IS HEREBY ORDERED that said Motions are GRANTED, and proceedings, including any discovery, are hereby STAYED pending resolution of the federal criminal investigation of Petitioner.  Within ninety days of the date of this Order, Respondents shall provide the Court with a status report, which may be filed <u>ex parte</u> and under seal, detailing the progress and status of the criminal investigation.

_____
UNITED STATES DISTRICT JUDGE