AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

Emadeddin Muntasser

v.

Thomas Ridge, Secretary
of Department of
Homeland Security, et al
Respondents

**APPEARANCE**

CASE NUMBER: 04-CV-11259 RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Date: Jan 6, 05

Signature: Norman Zalkind

Print Name: Norman Zalkind

Address: 65 A Atlantic Ave

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617-742-6020