UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN MUNTASSER,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Department of Homeland Security, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11259 RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as additional counsel for the respondents.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                              By:    /s/ Mark T. Quinlivan
                                                  MARK T. QUINLIVAN
                                                  Assistant United States Attorney
                                                  United States Attorney's Office
                                                  John Joseph Moakley U.S. Courthouse
                                                  One Courthouse Way, Suite 9200
                                                  Boston, MA 02210
                                                  617-748-3606

Dated: April 1, 2005