# KAPLAN, O'SULLIVAN & FRIEDMAN, LLP
### Attorneys At Law

Ten Winthrop Square • Third Floor, Boston, Massachusetts 02110
E-Mail: info@kof-law.com • www.kof-law.com

Harvey Kaplan  
Maureen O'Sullivan  
Jeremiah Friedman

Tel: (617) 482-4500  
Fax: (617) 451-6828  
Fax: (617) 451-6826

May 9, 2005

Clerk, U.S. District Court  
1 Courthouse Way  
Boston, MA  02110

    Re:    *Muntasser v. Thomas Ridge, et.al*  
             *Civil Action No.: 04-CV-11259 RWZ*

Dear Clerk:

Enclosed please find a witness list and letters of reference in the above-captioned matter. Judge Zobel requested these documents on May 9, 2005.

Respectfully,

*Jeremiah Friedman*

JF/md  
cc:    Anton Giedt  
        Linda S. Wernery  
Enclosures

UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS
BOSTON, MA

| | |
|---|---|
| Emadeddin MUNTASSER,<br>Petitioner<br><br>v.<br><br>Thomas Ridge, et.al | **Civil Action No.:**<br>**04-CR-11259 RWZ** |

PROPOSED WITNESS LIST FOR
HEARING SCHEDULED ON MAY 12, 2005

**Petitioner intends to call the following individuals:**

<u>Franklin Saint-Surin</u> – Mr. Saint-Surin will testify that he has known the petitioner through his charitable work. Mr. Saint-Surin has worked with the petitioner to provide relief and disaster relief in Haiti.

<u>Sylvane Simon</u> – Mr. Simon will testify that Mr. Muntasser is active in charitable activities in the Haitian community.

Petitioner intends to introduce the following documents:

1) Letter by Sylvane Simon, General Manager Radio Vouveacte of Massachusetts;

2) Letter by Rev. Jean Wesner Jolimeau;

3) Letter by Rev. Jean Baptiste Charles and Rev. Prinston Abellard;

4) Letter by Viet-Aid, Nov. 17, 1999;

5) Letter by Lafanmi Selavi, April 26, 2000;

6) Letter by Fanmi Lavalas Branche Boston, July 24, 2000;

7) Letter by Nicole Muller-Cesar, May 6, 2005.

                                                             Respectfully submitted
                                                             Emadeddin Muntasser by

5/9/05
Date

                                                              Jeremiah Friedman
                                                             Kaplan, O'Sullivan & Friedman
                                                             Ten Winthrop Square, 3rd Floor
                                                             Boston, MA  02110
                                                             (617) 482-4500

### CERTIFICATE OF SERVICE

I, Jeremiah Friedman, hereby certify that I have served a true copy of the within on:

        Anton Giedt
        Assistant U.S. Attorney
        1 Courthouse Way
        John Joseph Moakley Courthouse
        Suite 9200
        Boston, MA  02210

        Linda S. Wernery
        Senior Litigation Counsel
        Office of Immigration Litigation
        Civil Division, U.S. Department of Justice
        P.O. Box 878, Ben Franklin Station
        Washington, D.C.  20044

By U.S. mail service, on this ___9___ day of ___May___, 2005.

                                                                Jeremiah Friedman

JF\Muntasser.Prop.Wit.List



# RADIO NOUVEAUTE OF MASSACHUSETTS
## WRNM 1640 AM/WRCA 1330 AM

A commitment to community empowerment and development

April 7, 2005

Bureau of US Citizenship & Immigration Services
Boston, Massachusetts

To Whom It May Concern:

I am pleased to offer my support to Mr. Emadeddin Mutasser who is applying for his US citizenship on behalf of Radio Nouveaute Staff and Management and also on behalf of the Haitian Community and wish to vouch for his benevolent character.

I am familiar with Mr. Emadeddin Muntasser in both, personal and professional capacity for more than nine years.

Consistently, Mr. Emadeddin Muntasser has provided humanitarian aid to hospitals in Haiti. Also each year, at school opening Mr. Muntasser provided school supplies to the needy children & their families. Anytime Haiti is being hit by violent weather (tornadoes, cyclone, innondations) Mr. Muntasser is always ready to help us recover & rebuild.

Mr. Muntasser has sponsored educational programs, provided scholarships & offered humanitarian aid to the needy. The Haitian community in the Greater Boston area has also benefited from Mr. Muntasser's benevolent actions.

Mr. Muntasser's actions reflect positively on the image of the United States of America in Haiti. Such generous actions will bring United States of America & Haiti closer under the banner of liberty, freedom, & happiness.

May God bless the United States of America

*Sylvane Simon*
Sylvane Simon, General Manager

---

PO Box 260430, Boston MA 02126    Studio: 830 Blue Hill Ave, Dorchester, MA 02124
Listener Line 617 436-1640    Business: 617 740-7383    Fax: 617 740-7385
www.radionouveaute.com    email: Comments@radionouveaute.com

Organisation Interdepartementale au Secours des Enfants Demunis en Haiti
Rte Nationale No 4 Beauge
Ganthier, Haiti (W.I)

April 4, 2005

US Citizenship and Immigration Services
Boston, MA

Dear Sir,

We have learned that Mr. Emadeddin Muntasser is applying for his US citizenship and wish to vouch for his benevolent character.

Mr. Muntasser has consistently provided humanitarian aid to schools and hospitals in Haiti. Many orphans, students, single parents, and medical care recipients have benefited from his generosity. When Haiti was hit by violent weather a few years ago, Mr. Muntasser was ready to help us recover and rebuild.

The Haitian community in the Greater Boston area has also benefited from Mr. Muntasser's benevolent actions. We understand that he has sponsored educational programs, provided school scholarships, and offered humanitarian aid to the needy.

Mr. Muntasser's actions reflect positively on the image of the United States of America in Haiti. It is such generous actions that will bring our two countries closer under the banners of liberty, freedom, and the pursuit of happiness.

Respectfully Yours,

The Reverend Jean Wesner Jolimeau

April 4, 2005

Bureau of Citizenship and Immigration Services
Boston, MA

Dear Sir,

We have learned that Mr. Emadeddin Muntasser is applying for his US citizenship and wish to vouch for his benevolent character.

Mr. Muntasser has consistently provided humanitarian aid to schools and hospitals in Haiti. Many orphans, students, single parents, and medical care recipients have benefited from his generosity. When Haiti was hit by violent weather a few years ago, Mr. Muntasser was ready to help us recover and rebuild.

The Haitian community in the Greater Boston area has also benefited from Mr. Muntasser's benevolent actions. We understand that he has sponsored educational programs, provided school scholarships, and offered humanitarian aid to the needy.

Mr. Muntasser's actions reflect positively on the image of the United States of America in Haiti. It is such generous actions that will bring our two countries closer under the banners of liberty, freedom, and the pursuit of happiness.

Respectfully Yours,


The Reverend Jn Baptiste Charles                The Reverend Prinston Abellard



# VIET-AID

Vietnamese American Initiative for Development, Inc.
1452 Dorchester Avenue, 3rd Floor, Dorchester Massachusetts 02122

November 17, 1999

Mr. Emadeddin Muntasser
Logan Furniture
50 Freeport St.
Dorchester, MA. 02122

Dear Mr. Muntasser,

Thank you for the letter of October 11, addressed to Ms. Tram Tran and Ms. Minh Xuan Nguyen concerning the Vietnamese American Community Center Project. We are also grateful for your kind contribution of $500.00 for the project at the Fund-raising dinner event on September 17.

We would like to accept you invitation to meet with you to discuss the Community Center Project. Ms. Xuan will be in touch with you soon to arrange a mutually convenient time and place to meet.

Until then, please accept our sincere thanks for you interest and contributions. I am also enclosing more recent information we have on the project for your information.

If you have any questions, please do not hesitate to contact myself or Mr. Long Nguyen, Executive Director of Viet-AID.

Kind Regards,

Tam Pham
(617) 822-3717, ext. 14



# LAFANMI SELAVI

Port-au-Prince, April 26, 2000

Monsieur Emad Imaid
Logan Furniture
20 Plain Street
02184 Braintree MA
Fax : 201 871.1343

Dear Mr. Emad,

**The members of the council of Administration of Lafanmi Selavi were pleased to receive the 30 beds, 70 pieces 4" twin mattress and the boxes of school supplies / paper that you sent as a donation to the children.**

All the members of Council of Administration join the children in thanking you for this donation. The institute would like to continue develop the relations with you and they thing that it would be appropriate to send to you the book **INVESTIR DANS L'HUMAIN** written by President Jean Bertrand Aristide with a special dedication for you.

Lafanmi Selavi,the Children, the administrative personnel and the members of the council the administration thank you again for your generosity.

Sincerely yours,

*Mme Salomon Brière*
Madame Salomon Brière
Member of Council Administration.

Cc : Jean Franklin Saint Surin

Rue Camille Léon, No 27 bis, B.P 2457
Port au Prince, Haiti, Tél. : (509) 45-1188

# Fanmi Lavalas Branche Boston

*Youn sel randevou: randevou bo tab la*

P.O. Box 175, Mattapan, MA 02126                    Telephone: (617) 698-6471

**kowòdonatè:** Franklin St. Surin
Josue Renaud
Yvon Jean-Charles

July 24, 2000

To : Mr. Emadeddin Zahri Muntasser

Dear Sir:

   On behalf of the Haitian community here Boston and the less fortunate living on the motherland, the Fanmi Lavalas coordination sincerely thanks you for your generous and continued support for the advancement of the community.

   Your gift of bedding last spring has already been put to good use by allowing the orphanage to accept more street children for a life saving chance to an education. Your gift of the round trip ticket for senator elect Mr. Yvon Neptune, will allow the community in Boston and the surrounding states to hear the program of development and hope for Haiti at event in Boston on September 30 which we you will be able to attend.

   Mr. Muntasser, rest assure that your generosity and investment in our community will be rewarded by God and we will make sure that words get out to support your business when come time for Haitians to buy furniture.

   May our cooperation continue to florish!

Sincerely,

Franklin Saint-Surin

May 6, 2005

Head
Bureau of Citizenship and Immigration Services
Boston, MA

Dear Sir/ Madam:

In 1999 I have founded the Institute of Human & Community Development. While based in Boston, this organization seeks to provide health services, quality education, and economic development to the people of Haiti.

For more than a decade now, Mr. Emadeddin Muntasser has been supporting the Haitian community. He has been dedicated to improving the health and education of the members of this community here in Massachusetts and overseas.

We hope that Mr. Muntasser will be able to continue his support for those who are vulnerable and in need. Indeed, organizations such as ours rely on the support and generosity of people who are committed to the uplifting of their communities. Approving Mr. Muntasser's application for US citizenship will ensure that he is able to continue his involvement in these urgently needed community programs.

Sincerely,

Nicole Muller-Cesar, Founder & CEO     617-442-0358
IHCD