IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN MUNTASSER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 04-CV-11259 RWZ |
| ) | |
| MICHAEL CHERTOFF,[1] Secretary of ) | |
| Department of Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' NOTICE REGARDING MAY 12, 2005 HEARING**

Respondents, Michael Chertoff, Secretary of the Department of Homeland Security; Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services; and Denis Riordin, District Director, United States Citizenship and Immigration Services, hereby provide notice that, in light of the Petitioner's witness list, and although Respondents intend to contest Petitioner's naturalization, Respondents do not intend to call witnesses at the hearing in this matter scheduled for May 12, 2005. Respondents reserve the right to present oral argument to the Court, and to question any witnesses called by the Petitioner and/or by the Court.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael Chertoff is hereby substituted for Thomas Ridge as a Respondent in this case.

|  |  |
|---|---|
|  | Respectfully submitted, |
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL P. LINDEMANN<br>Assistant Director |
| /s/ Mark T. Quinlivan<br>MARK QUINLIVAN<br>Assistant U.S. Attorney<br>ANTON GIEDT<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley Courthouse<br>Suite 9200<br>Boston, MA 02210 | /s/ Linda S. Werney<br>LINDA S. WERNERY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dep't of Justice<br>P.O. 878, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-4865 |
|  | Counsel for Respondents |
| Dated: May 9, 2005 |  |