IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMADEDDIN MUNTASSER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 04-CV-11259 RWZ |
| | ) | |
| MICHAEL CHERTOFF,[1] Secretary of Department of Homeland Security, et al., | ) ) | |
| | ) | |
| Respondents. | ) | |

**RESPONDENTS' EMERGENCY MOTION TO DISMISS THIS
ACTION, OR IN THE ALTERNATIVE,
RENEWED MOTION FOR A STAY OF PROCEEDINGS**

Respondents, Michael Chertoff, Secretary of the Department of Homeland Security; Eduardo Aguirre, Jr., Director, United States Citizenship and Immigration Services; and Denis Riordin, District Director, United States Citizenship and Immigration Services, hereby respectfully move this Court to dismiss this action or, in the alternative, to stay Petitioner's May 12, 2005 naturalization hearing and any discovery pending final resolution of a six-count federal criminal indictment issued by the grand jury against Mr. Muntasser and Muhammed Mubayyid on May 11, 2005. The grand jury indicted Muntasser on the following three counts: (1) participating in a scheme to conceal material facts from the Internal Revenue Service ("IRS"), Federal Bureau of Investigation ("FBI"), and the Department of Homeland Security ("DHS"), in violation of 18 U.S.C. § 1001(a)(1) and 18 U.S.C. § 2; (2) conspiring to defraud the United States, in violation of 18 U.S.C. § 371; and (3) making false statements to the FBI, in violation of 18 U.S.C. § 1001(a)(2). Dismissal without prejudice or, in the alternative, a stay of these proceedings is warranted to prevent premature

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael Chertoff is hereby substituted for Thomas Ridge as a Respondent in this case.

disclosure in these civil proceedings of the government's evidence regarding the pending federal criminal indictment against Mr. Muntasser and Mr. Mubayyid while, at the same time, ensuring that an alien who is ineligible for naturalization because of his alleged criminal conduct is not admitted to the United States citizenry. Respondents submit that dismissal without prejudice is the most appropriate remedy because proceedings on the merits of Mr. Muntasser's petition has not yet occurred, and because there is no statute of limitations preventing Mr. Muntasser from simply refiling a petition for naturalization upon final disposition of the criminal charges against him.

The grounds for this motion are set forth in a Memorandum of Law. Proposed Orders are also enclosed.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL P. LINDEMANN<br>Assistant Director |
| /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>ANTON GIEDT<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley Courthouse<br>Suite 9200<br>Boston, MA 02210 | /s/ Linda S. Wernery<br>LINDA S. WERNERY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>Civil Division, U.S. Dep't of Justice<br>P.O. 878, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-4865 |
| Dated: May 12, 2005 | Counsel for Respondents |

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I certify that, on May 12, 2005, I spoke with counsel for the plaintiff, Jeremiah Friedman, Esq., regarding this motion. Mr. Friedman stated that he would oppose Respondents' request for dismissal of this matter, but that he would not oppose Respondents' request for a stay of proceedings.

/s/ Mark T. Quinlivan
MARK T. QUINLIVAN
Assistant United States Attorney