# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMADEDDIN MUNTASSER,** | ) |
| Petitioner, | ) |
| v. | ) Civil No. 04-CV-11259 RWZ |
| **MICHAEL CHERTOFF,**[1] **Secretary of Department of Homeland Security, et al.,** | ) |
| Respondents. | ) |

## ORDER

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of Respondents' Emergency Motion to Dismiss this Action, or in the Alternative, Renewed Motion for a Stay of Proceedings, IT IS HEREBY ORDERED that said alternative Motion is GRANTED, and this action is hereby STAYED pending final disposition of the federal criminal indictment against Mr. Muntasser.

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael Chertoff is hereby substituted for Thomas Ridge as a Respondent in this case.