IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN MUNTASSER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 04-CV-11259 RWZ |
| | ) |
| MICHAEL CHERTOFF,[1] Secretary of | ) |
| Department of Homeland Security, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

AND NOW, to wit, this 12th day of May, 2005, upon consideration of Respondents' Emergency Motion to Dismiss this Action, or in the Alternative, Renewed Motion for a Stay of Proceedings, IT IS HEREBY ORDERED that said alternative Motion is GRANTED, and this action is hereby STAYED pending final disposition of the federal criminal indictment against Mr. Muntasser. The parties shall report the status of the criminal proceeding on or before September 30, 2005.

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

cc: All counsel of record

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael Chertoff is hereby substituted for Thomas Ridge as a Respondent in this case.