IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMADEDDIN MUNTASSER,**  )  )  Petitioner,  )  )  v.  )  )  **MICHAEL CHERTOFF,**[1] **Secretary of**  )  **Department of Homeland Security, <u>et al.</u>,**  )  )  Respondents.  ) | Civil No. 04-CV-11259 RWZ |

### RESPONDENTS' STATUS REPORT AND SUGGESTION THAT THE COURT DISMISS THIS PETITION WITHOUT PREJUDICE

On May 12, 2005, this Court granted Respondents' motion to stay this naturalization case pending final disposition of a federal criminal indictment against Mr. Muntasser, and ordered the parties to report the status of the criminal proceedings on or before September 30, 2005. The Court also orally suggested that, along with a status report, the parties may submit their views on whether this naturalization case should be dismissed. Respondents hereby submit this report and respectfully suggest that this Court should dismiss this naturalization proceeding without prejudice to refiling, if appropriate, upon final disposition of the federal criminal indictment against Mr. Muntasser.[2]

On May 9, 2005, the grand jury issued a three-count federal criminal indictment against Mr. Muntasser. The grand jury indicted Muntasser on one count of participating in a scheme to

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Michael Chertoff is hereby substituted for Thomas Ridge as a Respondent in this case.

[2] In his "Status Report," Mr. Muntasser makes a number of unfounded allegations against the government regarding his criminal prosecution. Respondents – officials of the Department of Homeland Security – obviously will not comment on the allegations in the context of these naturalization proceedings. The government will respond to the allegations should Mr. Muntasser raise them in a proper forum.

conceal material facts from the Internal Revenue Service, Federal Bureau of Investigation, and the Department of Homeland Security, in violation of 18 U.S.C. § 1101, one count of conspiring to defraud the United States, in violation of 18 U.S.C. § 371, and one count of making false statements to the FBI, in violation of 18 U.S.C. § 1001. The criminal proceedings are ongoing, and, as of the date of this Status Report, all three counts of the indictment remain pending. See United States v. Muntasser, No. 4:05-CR-40026-FDS-2 (D. Mass.).

Based on communications with the Assistant United States Attorneys handling the prosecution of Mr. Muntasser, Respondent represents the following. On May 26, 2005, Judge Smartwood granted the government's motion to designate the criminal case as a complex case pursuant to 18 U.S.C. § 316(h)(8)(B)(ii). The parties are currently conducting discovery. To date, the government has produced automatic discovery consisting of more than 17,000 documents (electronically), four hard drives, and several compact disks. The government anticipates producing approximately thirty-five video tapes in the next week, and will likely supplement discovery with other materials over the next couple of months. Mr. Muntasser's discovery letters are due October 21, 2005, and the government's response is due November 11, 2005. The next status conference is scheduled for November 14, 2005. The government estimates that discovery motions likely will be filed in or about December 2005. It is unknown at this time when discovery will be complete, as its completion will depend upon what types of information Mr. Muntasser and his co-defendant request, and whether they seek classified information. No trial date has been set for the criminal proceeding to date. Depending upon the filing of dispositive motions, the government estimates that trial most likely will be scheduled for late Spring or Summer 2006.

Respondents respectfully suggest that, based on the fact that the criminal proceedings against Mr. Muntasser remain ongoing, and do not appear headed for a rapid resolution, this Court should dismiss the naturalization petition, which has already been pending since June 2004, without prejudice to refiling, if appropriate, upon final disposition of the criminal case. Respondents submit that dismissal without prejudice is appropriate here because neither proceedings on the merits of Mr. Muntasser's petition for naturalization nor discovery has occurred; thus, dismissal will result in no lost efforts by the Court or the parties or lead to duplicative litigation in the future. Moreover, there is no statute of limitations preventing Mr. Muntasser from simply refiling a petition for naturalization upon final disposition of the federal criminal charges against him. See 8 U.S.C. § 1447(b) (2000). Or, if upon conclusion of Muntasser's criminal proceedings, the Department of Homeland Security denies Muntasser's naturalization application, he may appeal that determination within the agency, and, if denied again, may obtain de novo review and, if requested, a de novo hearing on the application in federal court. See 8 U.S.C. §§ 1421(c); 1447(a) (2000). Under these circumstances, Respondents submit dismissal of the naturalization petition would not prejudice Mr. Muntasser and would serve the interest of judicial economy.

     A Proposed Order is enclosed for the Court's convenience.

|  | Respectfully submitted, |
|---|---|
| MICHAEL J. SULLIVAN<br>United States Attorney | MICHAEL P. LINDEMANN<br>Assistant Director |
| /s/ Mark T. Quinlivan<br>MARK T. QUINLIVAN<br>Assistant U.S. Attorney<br>ANTON GIEDT<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>John Joseph Moakley Courthouse<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3606 | /s/ Linda S. Wernery<br>LINDA S. WERNERY<br>Assistant Director<br>Office of Immigration Litigation<br>Civil Division, U.S. Dep't of Justice<br>P.O. 878, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 616-4865 |
| Dated: September 30, 2005 | Counsel for Respondents |

CERTIFICATE OF SERVICE

    This is to certify that on this date, September 30, 2005, a true copy of the foregoing motion, together with the accompanying proposed orders, was served on plaintiff's counsel, Jeremiah Friedman, Kaplan, O'Sullivan & Friedman, LLP, 10 Winthrop Square, 3rd Floor, Boston, MA 02110, by first class mail, postpaid.

    /s/ Mark T. Quinlivan
    MARK T. QUINLIVAN
    Assistant U.S. Attorney