## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **EMADEDDIN MUNTASSER,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | )    **Civil No. 04-CV-11259 RWZ** |
| | ) |
| **MICHAEL CHERTOFF,**[1] **Secretary of** | ) |
| **Department of Homeland Security, et al.,** | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

AND NOW, to wit, this _____ day of _____, 2005, upon consideration of

Respondents' Emergency Motion to Dismiss this Action, or in the Alternative, Renewed Motion for

a Stay of Proceedings, IT IS HEREBY ORDERED that said Motion is GRANTED, and this action

is hereby DISMISSED WITHOUT PREJUDICE to refiling, if appropriate, upon final disposition

of the federal criminal indictment against Mr. Muntasser.


_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

cc:  All counsel of record

---

[1]  Pursuant to Federal Rule of Civil Procedure 25(d), Michael Chertoff is hereby substituted for
Thomas Ridge as a Respondent in this case.