IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN MUNTASSER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary of )<br>Department of Homeland Security, <u>et al.</u>, )<br>)<br>Respondents. )<br>) | Civil No. 04-CV-11259 RWZ |

To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel for the petitioner, Emadeddin Z. Muntasser, in the above-captioned case.

    I hereby certify that I am admitted to practice in this court.

                                                                       Respectfully submitted,

                                                                       /s/ Malick W. Ghachem
                                                                       Malick W. Ghachem (BBO # 661018)
                                                                       Zalkind, Rodriguez, Lunt & Duncan
                                                                       65a Atlantic Avenue
                                                                       Boston, MA  02110
                                                                       (617) 742-6020

Dated: October 4, 2005

CERTIFICATE OF SERVICE

       I hereby certify that on October 4, 2005, a true copy of the above document was served by electronic filing to the following:

Mark Quinlivan
Assistant U.S. Attorney
Anton Giedt
Assistant U.S. Attorney
1 Courthouse Way
John Joseph Moakley Courthouse
Suite 9200
Boston, MA 02210