# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CIVIL Action
No: 04-11259-RWZ

EMADEDDIN MUNTASSER
Plaintiff

v.

MICHAEL CHERTOFF
Defendant

## ORDER

ZOBEL, D.J.

    Proceedings on the petition are stayed pending conclusion of the criminal case. Case closed administratively subject to reopening upon motion of either party.

By the Court,

    s/ Lisa A. Urso
    DEPUTY CLERK

OCT. 18, 2005

To: ALL COUNSEL

ntc.re