UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMADEDDIN Z. MUNTASSER,

        Plaintiff

v.

MICHAEL CHERTOFF, et al.,

        Defendants.

Civil Action No. 04-11259-RWZ

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as co-counsel in the above-captioned case for Plaintiff Emadeddin Z. Muntasser.  I hereby certify that I am a member of the bar of this Court.

September 8, 2008

Respectfully submitted,

/s/ Kathleen M. Sullivan____
Kathleen M. Sullivan (BBO #551053)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

*Attorney for Plaintiff Emadeddin Z. Muntasser*

**Certificate of Service**

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ Kathleen M. Sullivan