**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

EMADEDDIN Z. MUNTASSER,

        Plaintiff,

   v.

MICHAEL CHERTOFF, et al,

        Defendants.

Civil Action No. 04-11259-RWZ

**Motion to Reopen Case**

     NOW COMES Plaintiff Emadeddin Z. Muntasser and respectfully requests that the Court reopen this case. By orders of May 12, 2005 and October 18, 2005, the Court stayed Mr. Muntasser's naturalization petition pending conclusion of the criminal case against Mr. Muntasser and administratively closed the case subject to reopening upon motion of either party. The criminal proceedings against Mr. Muntasser in the district court have concluded and are now subject to appeal. Mr. Muntasser respectfully requests that the Court administratively reopen the case so that it may consider his Amended Petition for Hearing on Naturalization Application and Complaint for Declaratory and Injunctive Relief, which is being filed concurrently with this motion.

September 10, 2008

Respectfully submitted,

/s/ Kathleen M. Sullivan
Kathleen M. Sullivan (BBO #551053)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

*Attorney for Plaintiff Emadeddin Z. Muntasser*

**Certificate of Service**

    I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

                                                         /s/ Kathleen M. Sullivan