UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN Z. MUNTASSER,<br><br>          Plaintiff,<br>     v.<br><br>BRUCE CHADBOURNE, JONATHAN SCARFEN, DENIS RIORDIN, MICHAEL B. MUKASEY, MICHAEL CHERTOFF, JOHN DOE, and UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>          Defendants. | Civil Action No. 04-11259-RWZ<br><br>**Motion for Admission of Counsel Pro Hac Vice** |

Now comes the undersigned counsel and moves, pursuant to Local Rule 83.5.3(b), for admission of Faith E. Gay (New York bar; Florida bar #0129593) *pro hac vice* to represent Emadeddin Z. Muntasser in the above-captioned case.  Ms. Gay has been a member in good standing of the New York bar since 1987 and the Florida bar since 1997.  She is a partner in the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP.  Filed herewith is a certificate signed by Ms. Gay certifying that she meets the requirements of said rule.  Payment to the United States District Court in the amount of $50 is herewith made by credit card.

September 11, 2008

Respectfully submitted,

/s/ Kathleen M. Sullivan
Kathleen M. Sullivan (BBO #551053)
kathleensullivan@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

*Attorney for Plaintiff Emadeddin Z. Muntasser*

2

## Certificate of Service

I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ Kathleen M. Sullivan

Case 1:04-cv-11259-RWZ    Document 38    Filed 09/11/2008    Page 2 of 2