UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN Z. MUNTASSER,<br><br>               Plaintiff,<br>      v.<br><br>BRUCE CHADBOURNE, JONATHAN SCARFEN, DENIS RIORDIN, MICHAEL B. MUKASEY, MICHAEL CHERTOFF, JOHN DOE, and UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>               Defendants. | Civil Action No. 04-11259-RWZ<br><br>**Motion for Admission of Counsel Pro Hac Vice** |

Now comes the undersigned counsel and moves, pursuant to Local Rule 83.5.3(b), for admission of Susan R. Estrich (California bar #124009) *pro hac vice* to represent Emadeddin Z. Muntasser in the above-captioned case. Ms. Estrich has been a member in good standing of the California bar since 1986. She is of counsel to the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP. Filed herewith is a certificate signed by Ms. Estrich certifying that she meets the requirements of said rule. Payment to the United States District Court in the amount of $50 is herewith made by credit card.

September 11, 2008

                                                   Respectfully submitted,

                                                 /s/ Kathleen M. Sullivan
                                                 Kathleen M. Sullivan (BBO #551053)
                                                 kathleensullivan@quinnemanuel.com
                                                 QUINN EMANUEL URQUHART
                                                    OLIVER & HEDGES, LLP
                                                 51 Madison Avenue, 22nd Floor
                                                 New York, New York  10010
                                                 (212) 849-7000

                                               *Attorney for Plaintiff Emadeddin Z.*
                                               *Muntasser*

2

## Certificate of Service

    I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

/s/ Kathleen M. Sullivan