UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMADEDDIN Z. MUNTASSER,<br><br>                    Plaintiff,<br>     v.<br><br>BRUCE CHADBOURNE, JONATHAN SCARFEN, DENIS RIORDIN, MICHAEL B. MUKASEY, MICHAEL CHERTOFF, JOHN DOE, and UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT,<br><br>                    Defendants. | Civil Action No. 04-11259-RWZ<br><br>**Certificate Pursuant To Rule 83.5.3(b)** |

  Now comes Susan R. Estrich of Quinn Emanuel Urquhart Oliver & Hedges, LLP, an attorney in good standing in the State of California (bar #124009), and applies, pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts for admission to the bar of this Court *pro hac vice* in the above-captioned case. Rule 83.5.3(b) provides that "[a]n attorney, who is a member of the bar of any United States District Court or the bar of the highest court of any state may appear and practice in this court in a particular case by leave granted in the discretion of the court."

  This application is based on the following:

  1. This application for admission is sought for the purposes of representation of Emadeddin Z. Muntasser, United States District Court, District of Massachusetts, Civil Action No. 04-11259-RWZ.

  2. Counsel is an active member in good standing of the California bar and an inactive member of the District of Columbia bar.

  3. Counsel has not been denied admission *pro hac vice* in any other jurisdiction.

4. Counsel has not been formerly disciplined or sanctioned in Massachusetts, California, the District of Columbia, or any other jurisdiction.

5. Counsel has not been the subject of any formal written disciplinary proceeding in Massachusetts, California, the District of Columbia, or any other jurisdiction.

6. Counsel has not been formerly held in contempt or otherwise sanctioned by any court in a written order.

7. Counsel has previously been permitted to appear *pro hac vice* in this District in *United States v. Muntasser*, Crim. No. 05-40026-FDS.

8. Counsel and her firm will represent Mr. Muntasser together with Zalkind, Rodriguez, Lunt & Duncan LLP, 65a Atlantic Avenue, Boston, MA 02110 (617-742-6020) in this matter.

9. Counsel agrees to comply with all laws, rules, and regulations of the Commonwealth of Massachusetts and local government.

10. Counsel is familiar with the local rules of the United States District Court for the District of Massachusetts.

September 11, 2008                                     Respectfully submitted,

/s/ Susan R. Estrich_____
Susan R. Estrich
susanestrich@quinnemanuel.com
QUINN EMANUEL URQUHART
  OLIVER & HEDGES, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California  90017
(213) 443-3000

## Certificate of Service

    I hereby certify that a true copy of the foregoing document was served this day upon all counsel of record by electronic filing.

                                                                      /s/ Kathleen M. Sullivan